UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKHTAR YAHIA NAJI AL-WRAFIE, (ISN 117)<br>        Petitioner,<br><br>v.<br><br>BARACK OBAMA,<br>President of the United States,<br>*et al.*,<br>        Respondents. | Civil Action No. 09-cv-2368 (RCL) |

[~~PROPOSED~~] ORDER

It is hereby **ORDERED** that Respondents' Motion For An Extension of Time To Complete Production Of Additional Evidence, filed in the above-captioned case on May 18, 2011, is **GRANTED**. Respondents shall produce any additional evidence on which they intend to rely no later than June 1, 2011.

It is also **ORDERED** that Petitioner's deadline for producing rebuttal evidence is re-set. Petitioners shall produce any rebuttal evidence no later than June 29, 2011.

Date: 5/27/11

_____
The Honorable Royce C. Lamberth
United States District Judge