IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUKHTAR YAHIA NAJI AL WARAFI, | |
| Petitioner, | Civil Action No. 09-CV-02368 (RCL) |
| v. | |
| BARACK OBAMA, et al., | |
| Respondents. | |

**FILED**

JUN - 2 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

[Proposed] ORDER

Upon consideration of Respondents' Unopposed Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 117, and a review of that proposed public factual return, it is hereby ORDERED that Respondents' motion is granted. The information identified by Respondents with green highlighting in the version of the factual return submitted under seal to the Court is deemed protected, pursuant to paragraphs 10 and 34 of the Protective Order governing this proceeding. It is further ORDERED that Respondents file on the public record, through the Court's Electronic Case Filing system, a public version of the factual return from which the information that was highlighted in green in the proposed public version submitted to the Court has been redacted.

It is SO ORDERED.

Dated: 6/1/11

ROYCE C. LAMBERTH
United States District Judge