UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAKHTAR YAHIA NAJI AL-WRAFIE, (ISN 117) Petitioner, v. BARACK OBAMA, President of the United States, *et al.*, Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 09-cv-2368 (RCL) |

**FILED**

**JUN - 7 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

[~~PROPOSED~~] ORDER

It is hereby **ORDERED** that Respondents' Unopposed Motion For Leave to Complete Production of Additional Evidence Out of Time, filed in the above-captioned case on June 2, 2011, is **GRANTED**.

Date: 6/6/11

Royce C. Lamberth
The Honorable Royce C. Lamberth
United States District Judge