UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKHTAR YAHIA NAJI AL-WRAFIE, (ISN 117)<br>          Petitioner,<br><br>v.<br><br>BARACK OBAMA,<br>President of the United States,<br>*et al.*,<br><br>          Respondents. | Civil Action No. 09-cv-2368 (RCL)<br><br>**FILED**<br>JUL 1 5 2011<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

**[PROPOSED] ORDER**

It is hereby **ORDERED** that Respondents' Consent Motion to Extend Briefing Deadlines, filed in the above-captioned case on July 12 2011, is **GRANTED**; and it is further

**ORDERED** that Petitioner and Respondents shall file opening cross-briefs no later than July 22, 2011; and it is further

**ORDERED** that Petitioner and Respondents shall file reply briefs no later than August 9, 2011.

Date: 7/13/11

_____
The Honorable Royce C. Lamberth
United States District Judge