IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUKHTAR YAHIA NAJI AL WARAFI, (ISN 117)<br><br>*Petitioner*,<br><br>v.<br><br>BARACK H. OBAMA, *et al*.,<br><br>*Respondents*. | Civil Action No. 09-CV-2368 (RCL) |

**RESPONDENTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PETITIONER'S MOTION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS**

Respondents respectfully call the Court's attention to the attached Six Month Consolidated War Powers Resolution Report, issued on June 11, 2015.  *See* Exhibit 1.  The report, consistent with the War Powers Resolution (50 U.S.C. § 1541 *et seq*.), consists of a letter signed by the President of the United States addressed to the Speaker of the House of Representatives and the President pro tempore of the Senate and informs Congress about deployments of U.S. Armed Forces equipped for combat.  With respect to the current deployment of U.S Armed Forces in Afghanistan, the President states that "there are approximately 9,100 U.S. forces in Afghanistan" for the "purposes of training, advising, and assisting Afghan forces, conducting and supporting counterterrorism operations against the remnants of al-Qa'ida, and taking appropriate measures against Taliban members who directly threaten U.S. and coalition forces in Afghanistan or provide direct support to al-Qa'ida."  The President's report further states:  "The United States currently remains in an armed conflict against al-Qa'ida, the Taliban, and associated forces, and active hostilities against those groups remain ongoing."

Respondents also respectfully call the Court's attention to the attached Department of Defense Report on Enhancing Security and Stability in Afghanistan (June 2015). *See* Exhibit 2. A prior version of this Report from October 2014 was attached as Exhibit 15 to Respondents' Opposition to Petitioner's Motion to Grant Petition for Writ of Habeas Corpus. *See* ECF Nos. 83, 84. The June 2015 Report, which was submitted to Congress in accordance with the National Defense Authorization Act for Fiscal Year 2015 (Pub. L. No. 113-291), provides more recent information about the current deployment of U.S. Armed Forces in Afghanistan and the continuing threat posed by Taliban, al-Qa'ida, and associated forces. *See* Exhibit 2 at 1, 3-4, 8, 11-15, 23-32.

These two reports provide further support for Respondents' position that Petitioner's detention remains lawful under the 2001 Authorization for Use of Military Force (AUMF), Pub. L. No. 107-40, § 2(a), 115 Stat. 224, as informed by the laws of war, as discussed in Respondents' Opposition to Petitioner's Motion to Grant Writ of Habeas Corpus. *See* ECF Nos. 83, 84.

Dated: June 19, 2015  
                                        Respectfully submitted,

                                        BENJAMIN C. MIZER  
                                        Principal Deputy Assistant Attorney General

                                        JOSEPH H. HUNT  
                                        Branch Director

                                        TERRY M. HENRY  
                                        Assistant Branch Director

                                        */s/ Andrew I. Warden*  
                                        ANDREW I. WARDEN (Indiana Bar #23840-49)  
                                        JOSEPH C. FOLIO III  
                                        SCOTT D. LEVIN  
                                        KATHRYN C. DAVIS

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: 202.616.5084
E-mail: Andrew.Warden@usdoj.gov

*Counsel for Respondents*