IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUKHTAR YAHIA NAJI AL WARAFI,** | ) ) ) ) |
| *Petitioner*, | ) ) |
| v. | ) Civil Action No. 09-2368 (RCL) |
| **BARACK H. OBAMA**, *et al.*, | ) ) ) |
| *Respondents*. | ) ) ) |

**PETITIONER'S REPLY TO RESPONDENTS'
NOTICE OF SUPPLEMENTAL AUTHORITY**

On June 19, 2015, the Government filed a Notice of Supplemental Authority, attaching two new exhibits: a letter from the President, dated June 11, 2015, and a report issued by the Department of Defense, dated June 2015. Dkt. 90, Exs. 1 and 2. The Government's new exhibits reiterate the President's previous statements that the "U.S. combat mission in Afghanistan ended on December 31, 2014," that only a "limited number of U.S. forces remain in Afghanistan," and that their missions are "counterterrorism operations against the remnants of al-Qa'ida," as well as "training, advising and assisting Afghan forces." Ex. 1, at 3; Ex. 2, at 1, 3–4, 12.

Each exhibit, however, has a sentence that appears largely cribbed from the Opposition filed by the Government in this case in April 2015. Dkt. 84.

| The President's Letter, Ex. 1, at 3: | Government's Opposition, Dkt. 84, at 1, 3: |
|---|---|
| "The United States currently remains in an armed conflict against al-Qa'ida, the Taliban, and associated forces, and active hostilities against those groups remain ongoing." | "As a matter of international and domestic law, the United States currently remains in an armed conflict with al-Qaeda, Taliban, and associated forces." <br><br> "[A]ctive hostilities against al-Qaeda, Taliban, and associated forces have not ceased." <br><br> * * * <br><br> "[A]ctive hostilities against al-Qaeda, Taliban, and associated forces in Afghanistan remain ongoing." |
| Department of Defense Report, Ex. 2, at 12: | Government's Opposition, Dkt. 84, at 1: |
| "As a matter of international law, the United States remains in an armed conflict against al Qaeda, the Taliban and associated forces." | "As a matter of international and domestic law, the United States currently remains in an armed conflict with al-Qaeda, Taliban, and associated forces." |

It is obvious that the cited sentences of Exhibits 1 and 2 were included with an eye on this litigation, to justify Al Warafi's continued detention under international law. This justification appears to be "invented post hoc in response to litigation," and should be disregarded. *United States v. Virginia*, 518 U.S. 515, 533 (1996). The Government's transparent attempt to rescue its position betrays the Government's recognition that it cannot prevail on the record as it stood when it filed its Opposition.

These sentences noted above do not purport to revise or retract the President's repeated public statements that the war against the Afghan Taliban has ended. On the contrary, the new exhibits reaffirm the President's statements that the United States is neither targeting individuals

because they are members of the Taliban nor conducting offensive operations against the Taliban.  *See* Ex. 2 at 12.  Those public statements have lost none of their vitality.  The Government must now do what is required by law when wars end, *i.e.*, release war prisoners.  Al Warafi has been detained solely because he was allegedly part of the Taliban in Afghanistan.  The President has declared the Taliban/Afghanistan war to have ended.  Al Warafi must now be released.

        Respectfully submitted,

        /s/ *Brian E. Foster*
        S. William Livingston
        D.C. Bar No. 59055
        Brian E. Foster
        D.C. Bar. No. 988311
        Emily Keatley
        D.C. Bar No. 1004811
        Covington & Burling LLP
        One CityCenter
        850 Tenth Street, N.W.
        Washington, D.C.  20001-4956
        (202) 662-6000 (phone)
        (202) 662-6291 (fax)
        wlivingston@cov.com
        bfoster@cov.com
        ekeatley@cov.com

        David H. Remes
        D.C. Bar No. 370372
        APPEAL FOR JUSTICE
        1106 Noyes Drive
        Silver Spring, MD 20910
        (202) 669-6508 (phone)
        remesdh@gmail.com

        *Counsel for Petitioner*
        *Mukhtar Yahia Naji Al Warafi*

July 2, 2015