**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MUKHTAR YAHYA** , ) <br> **NAJEE AL WARAFI,** ) <br>  ) <br> *Petitioner*, ) <br>  ) <br> *v.* ) <br>  ) <br> **BARACK H. OBAMA**, *et al.*, ) <br>  ) <br> *Respondents*. ) | **Civil Action No. 09-2368 (RCL)** |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel, Philip A. Scarborough,

hereby withdraws his appearance as one of the counsel for Petitioner in the above-captioned

case.  The Clerk of the Court will please remove his name and electronic mailing address

from the service list in this case.

Respectfully submitted,


*/s/ Philip A. Scarborough*

Philip A. Scarborough
D.C. Bar No. 987634
COVINGTON & BURLING LLP
1 Front Street, 35th Floor
San Francisco, CA  94111
(415) 591-6000 (phone)
pscarborough@cov.com

April 14, 2016