**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MUKHTAR YAHIA NAJI AL WARAFI, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| *v.* | ) | No. 09-cv-2368 (RCL) |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that undersigned counsel, David H. Remes, hereby withdraws

his appearance as counsel for Petitioner in the above-captioned case.

Respectfully submitted,

/s/

_____

DAVID H. REMES
D.C. Bar. No. 370372
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508
remesdh@gmail.com